1 McGREGOR W. SCOTT
United States Attorney
2 TIMOTHY H. DELGADO
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0081-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: May 31, 2018 |
| JOSE LUIS ROMERO, SALVADOR PADILLA III, aka SALVADOR PEREZ PADILLA, and EBERARDO MENDEZ, | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Jose Luis Romero, Salvador Padilla III, and Eberardo Mendez, through their counsel of record, stipulate that the status conference now set for May 31, 2018, be continued to July 26, 2018, at 9:30 a.m.

On April 24, 2018, all three defendants were arraigned on the three-count Indictment in this case. (ECF Nos. 19, 21.) Recently, the government has produced to the defense discovery that includes over 460 pages of reports and memoranda, 270 photos, and numerous audio and video recordings from this investigation. Defense counsel for all three defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

///

Based on the foregoing, the parties stipulate that the status conference currently set for May 31 2018, be continued to July 26, 2018, at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 26, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: May 23, 2018  /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: May 23, 2018  /s/ THD for Kresta N. Daly
KRESTA N. DALY
Attorney for Defendant Jose Luis Romero

Dated: May 23, 2018  /s/ THD for Shari G. Rusk
SHARI G. RUSK
Attorney for Defendant Salvador Padilla III

Dated: May 23, 2018  /s/ THD for Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant Eberardo Mendez

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 26, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the May 31, 2018 status conference be continued until **July 26, 2018, at 9:30 a.m.**

Dated: May 23, 2018

Troy L. Nunley
United States District Judge