| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:18-CR-0081-TLN |
| | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| | v. | Date: July 26, 2018 |
| JOSE LUIS ROMERO,<br>SALVADOR PADILLA III, aka<br>  SALVADOR PEREZ PADILLA, and<br>EBERARDO MENDEZ, | | Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| | Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Jose Luis Romero, Salvador Padilla III, and Eberardo Mendez, through their counsel of record, stipulate that the status conference now set for July 26, 2018, be continued to September 20, 2018, at 9:30 a.m.

On April 24, 2018, all three defendants were arraigned on the three-count Indictment. (ECF Nos. 19, 21.) In the weeks following, the government produced to the defense discovery that included over 460 pages of reports and memoranda, 270 photos, and numerous audio and video recordings from this investigation. Defense counsel for all three defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

///

Based on the foregoing, the parties stipulate that the status conference currently set for July 26, 2018, be continued to September 20, 2018, at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including September 20, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: July 19, 2018         /s/ Timothy H. Delgado
                             TIMOTHY H. DELGADO
                             Assistant United States Attorney
                             Attorney for Plaintiff United States

Dated: July 19, 2018         /s/ THD for Kresta N. Daly
                             KRESTA N. DALY
                             Attorney for Defendant Jose Luis Romero

Dated: July 19, 2018         /s/ THD for Shari G. Rusk
                             SHARI G. RUSK
                             Attorney for Defendant Salvador Padilla III

Dated: July 19, 2018         /s/ THD for Etan Zaitsu
                             ETAN ZAITSU
                             Attorney for Defendant Eberardo Mendez

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including September 20, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the July 26, 2018 status conference be continued until September 20, 2018, at 9:30 a.m.

Dated: July 19, 2018

Troy L. Nunley
United States District Judge