| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ROMERO,<br>SALVADOR PADILLA III, aka<br>   SALVADOR PEREZ PADILLA, and<br>EBERARDO MENDEZ,<br><br>Defendants. | CASE NO. 2:18-CR-0081-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: September 20, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

Plaintiff United States of America, through its undersigned counsel, and defendants Jose Luis Romero, Salvador Padilla III, and Eberardo Mendez, through their counsel of record, stipulate that the status conference now set for September 20, 2018, be continued to November 1, 2018, at 9:30 a.m.

On April 24, 2018, all three defendants were arraigned on the three-count Indictment. (ECF Nos. 19, 21.) In the weeks following, the government produced to the defense discovery that included over 460 pages of reports and memoranda, 270 photos, and numerous audio and video recordings from this investigation. Defense counsel for all three defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial. In addition, the government anticipates producing a second wave of discovery in the coming weeks, based on a defense request.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

In recent weeks, the undersigned government counsel has been detained with two time-sensitive matters and has been delayed in responding to defense counsel, but the discovery requested will be forthcoming.

Based on the foregoing, the parties stipulate that the status conference now set for September 20, 2018, be continued to November 1, 2018, at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including November 1, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: September 18, 2018
 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: September 18, 2018
 */s/ THD for Kresta N. Daly*
KRESTA N. DALY
Attorney for Defendant Jose Luis Romero

Dated: September 18, 2018
 */s/ THD for Shari G. Rusk*
SHARI G. RUSK
Attorney for Defendant Salvador Padilla III

Dated: September 18, 2018
 */s/ THD for Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant Eberardo Mendez

|   |   |
|---|---|
| 1 | ORDER |

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including November 1, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the September 20, 2018 status conference be continued until November 1, 2018, at 9:30 a.m.

Dated: September 19, 2018

_____
Troy L. Nunley
United States District Judge