Etan Zaitsu [CA SBN 287106]
1107 Ninth Street, Suite 625
Sacramento, CA 95814
(916) 542-0270

Attorney for Defendant
EBERARDO MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EBERARDO MENDEZ,<br><br>　　　　　　　Defendant. | Case No.: 2:18-CR-00081 TLN<br><br>**DEFENDANT EBERARDO MENDEZ'S NOTICE OF REQUEST TO SEAL "EXHIBIT A" TO DEFENDANT'S JOINDER IN CODEFENDANT'S MOTION TO SUPPRESS** |

PLEASE TAKE NOTICE that Defendant Eberardo Mendez, by and through his undersigned counsel, will request to seal "Exhibit A: Warrant Applications," an attachment to his Joinder in Codefendant Salvador Padilla's Motion to Suppress, pursuant to Local Rule 141. The documents contained within the attachment were previously sealed. The request to seal documents, proposed order, and the documents within attachment will be submitted to the Court directly. All other parties to the case already have a copy of the documents contained within attachment.

Dated: November 6, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Etan Zaitsu
　　　　　　　　　　　　　　　　　　　　　　　　ETAN ZAITSU
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　EBERARDO MENDEZ

1

DEFENDANT EBERARDO MENDEZ'S REQUEST TO SEAL DOCUMENTS

REQUEST TO SEAL DOCUMENTS

Defendant Eberardo Mendez, by and through his undersigned counsel, requests to seal "Exhibit A: Warrant Applications," an attachment to his Joinder in Codefendant Salvador Padilla's Motion to Suppress, pursuant to Local Rule 141 and Fed. R. Crim. P. 49.1. The attachment contains documents related to warrant applications and orders issuing the warrants in the present case. These documents were previously sealed and stamped with the words "Sealed" on the first page. To the extent that the documents have not been unsealed, and contain confidential information such as home addresses, defendant requests "Exhibit A: Warrant Applications" be sealed in relation to the pending Motion to Suppress.

"Exhibit A" is a necessary attachment to Mendez's Joinder in Padilla's Motion to Suppress. The motion specifically addresses the false statements made in the warrant applications. All parties to the case have copies of the documents contained within "Exhibit A," which were provided by the government in discovery.

It should be noted that undersigned counsel erroneously filed the attachment on ECF on November 6, 2018. Dkt. #39. Within minutes of filing, undersigned counsel realized the error and contacted the Clerk's Office. The Clerk's Office attempted to contact the Court but was unable to reach anyone. The Clerk's Office then restricted public access to the document until further notice. This request to seal was submitted immediately thereafter.

Good cause showing, defendant Eberardo Mendez respectfully requests the Court to seal "Exhibit A: Warrant Applications."

Dated: November 6, 2018                Respectfully submitted,

                                       /s/ Etan Zaitsu
                                       ETAN ZAITSU
                                       Attorney for Defendant
                                       EBERARDO MENDEZ

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of November, 2018.

_____
Troy L. Nunley
United States District Judge