| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0081-TLN-2 |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| v. | |
| SALVADOR PADILLA III, | Date: June 13, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

Plaintiff United States of America, through its respective counsel, and defendant Salvador Padilla, through his counsel of record, stipulate that the status conference now set for June 13, 2019, be advanced by three weeks, to May 23, 2019, at 9:30 a.m.

On May 2, 2019, the parties appeared for a status hearing, during which the Court set a briefing schedule on Mr. Padilla's pending motions, filed at docket entries 63 and 64. (Dkt. No. 75.) The Court set this matter for a motions hearing and further status conference on June 13, 2019. (*Id.*)

The parties are prepared to resolve this case through a plea agreement and would like to do so without delay. Moments ago, the parties filed an executed copy of the plea agreement. (Dkt. No. 83.) Although this case is currently set for a status hearing on June 13, the parties are asking to advance the hearing by three weeks, to May 23, for a change of plea. Time under the Speedy Trial Act has already been excluded through June 13 (Dkt. No. 75), so no additional finding regarding an exclusion of time is required.

Mr. Padilla, through counsel, will make an oral motion to withdraw the pending motions (Dkt. Nos. 63 and 64) at the May 23 status conference.

Based on the foregoing, the parties stipulate that the status conference currently set for June 13, 2019, be advanced to May 23, 2019, at 9:30 a.m.

Respectfully submitted,

Dated: May 14, 2019     */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Counsel for Plaintiff United States*

Dated: May 14, 2019     */s/ THD for Shari G. Rusk*
SHARI G. RUSK
Attorney at Law
*Counsel for Defendant Salvador Padilla III*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation in its entirety as its order. For the reasons stated in the parties' stipulation, the June 13, 2019 status conference is advanced by three weeks, to May 23, 2019. Time under the Speedy Trial Act has already been excluded through that date. (Minutes, Dkt. No. 75.)

SO ORDERED.

Dated: May 14, 2019

Troy L. Nunley
United States District Judge